UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN TAYLOR : | |
|     **Plaintiff** : | |
| v. : | Civil Action No. 99-2035 (CKK) |
| LAWRENCE M. SMALL, Secretary, : Smithsonian Institution : | **FILED** ✓ |
|     **Defendants** : | MAY 3 0 2002 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

<u>ORDER</u>

Due to a conflict in the Court's calendar, the Status Hearing scheduled for May 30, 2002 has been vacated and rescheduled for June 11, 2002.

Accordingly, it is this _30_ day of May, 2002, hereby

**ORDERED** that the next **Status Hearing** in the above-captioned case is scheduled for June 11, 2002, at 4:30 p.m.

                                      *[signature]*
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge

Copies to:

Barbara Hutchinson
7907 Powhatan Street
New Carrollton, MD 20784

Michael Johnson
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, D.C. 20530

