UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE M. SMALL,<br>Secretary, Smithsonian Institution,<br><br>Defendant. | **FILED**<br>JUN 1 7 2002<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 99-2035 (CKK) |

**ORDER**
(June _17_, 2002)

In accordance with the accompanying Memorandum Opinion, it is this _17_ of June, 2002, hereby

**ORDERED** that Defendant's Motion for Summary Judgment [#48] is GRANTED; it is further

**ORDERED** that Defendant's Motion for Summary Judgment [#60] is GRANTED; it is further

**ORDERED** that Defendant's Motion for Leave to File Amended Answer to Complaint [#61] is DENIED AS MOOT; it is further

**ORDERED** that the status conference set in this matter for June 21, 2002, is canceled; and it is further



**ORDERED** that this case is dismissed from the docket of the Court with prejudice.

This is a final, appealable order.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Barbara Bethune Hutchinson
7907 Powhatan Street
New Carrollton, MD 20784

Michael C. Johnson
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW, Room 10-828
Washington, DC 20001